The cause came on to be heard on bill and answer, and the court relieved the plaintiff as to both parts of his complaint, but took time to consider as to the costs ; and on the last day of the court ordered the plaintiff to pay them; saying, Hamilton ought not to pay' for the plaintiff ’s perturbations, though the counsel for the plaintiff insisted vehemently that Hamilton ought to pay for his
 
 injustice
 
 in not giving credit, and for persevering in a demand of interest which he was not entitled to.
 

 N. B. Surely costs ought to belaid upon him who does injustice, rather than upon him whose fault is that he has not been enough suspicious
 
 s
 
 in other words, upon guilt rather than simplicity,,